UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NATHAN GONINAN,<br><br>Defendant. | NO. CR11-416RSM<br><br>ORDER SETTING TRIAL DATE |

The COURT having entered a finding that Defendant Nathan Goninan is competent to stand trial, and having entertained a motion to set the trial date to May 21, 2014, hereby enters the following findings:

(1) The parties need additional time to prepare for trial in this matter and would not be adequately prepared for trial under the current speedy trial deadline.

(2) Failing to set the trial date on May 21, 2014 would deny counsel for both parties the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.

(3) The ends of justice served by setting the trial date to May 21, 2014 outweigh the best interests of the public and the defendant in a speedy trial.

//
//
//

Therefore, the COURT hereby enters the following order:

(1) The trial date in this matter is set for May 21, 2014. Pretrial motions are due no later than May 9, 2014.

(2) All time between the entry of this order and the trial date of May 21, 2014 is excludable time pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 25th day of April 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Jill Otake*
JILL OTAKE
United States Attorney's Office